IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HOLLY WHITSELL, | ) |
| Plaintiff, | ) |
| v. | ) Docket No. 3:17-CV-506 |
| RB HOTEL PARK VISTA, LLC, | ) JURY DEMAND |
| DAVIDSON HOTEL COMPANY, LLC, | ) |
| and HILTON WORLDWIDE, INC., | ) |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT FOR
DEFENDANT DAVIDSON HOTEL COMPANY, LLC**

Comes now the Defendant, **DAVIDSON HOTEL COMPANY, LLC**, by and through counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and provides the following disclosure:

1. The parent corporation of Davidson Hotel Company, LLC is wholly owned by Monroe DHH Holdings, LLC, which is wholly owned by Monroe DHH Investment, LLC.

2. All publicly held companies that own ten percent (10%) or more of Davidson Hotel Company, LLC stock: none.

Respectfully submitted,

**LAW OFFICES OF JULIE BHATTACHARYA PEAK**

_____*/s/ J. Chad Hogue*_____
J. Chad Hogue (#025457)
*Attorney for Davidson Hotel Company, LLC*
5409 Maryland Way, Suite 212
Brentwood, TN 37027
Telephone: (615) 986-7700
Fax: (800) 293-7597

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing has been served upon Filing Users through the Electronic Filing System and delivered via U.S. Mail, postage pre-paid, to the following individual:

    Kimberly Cambron, Esq.
    Attorney at Law
    1400 North 6th Avenue, Suite C2
    Knoxville, TN 37917

on this the 21st day of December, 2017.

\_\_\_\_\_*/s/ J. Chad Hogue*_____
J. Chad Hogue