## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| HOLLY WHITSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 3:17-CV-506 |
| | ) | |
| RB HOTEL PARK VISTA, LLC, | ) | JURY DEMAND |
| DAVIDSON HOTEL COMPANY, LLC, | ) | |
| and HILTON WORLDWIDE, INC., | ) | |
| | | |
| Defendant. | | |

## CORPORATE DISCLOSURE STATEMENT FOR
## DEFENDANT RB HOTEL PARK VISTA, LLC

Comes now the Defendant, **RB HOTEL PARK VISTA, LLC**, by and through counsel and pursuant to Local Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Tennessee and Rule 7.1 of the Federal Rules of Civil Procedure, and provides the following disclosure:

1.      The parent corporation of RB Hotel Park Vista, LLC is RB Park Vista Investment Holdings, LLC;

2.      All publicly held companies that own ten percent (10%) or more of RB Hotel Park Vista, LLC stock: none.

Respectfully submitted,

**LAW OFFICES OF JULIE BHATTACHARYA PEAK**


___*/s/ J. Chad Hogue*_____
J. Chad Hogue (#025457)
*Attorney for RB Hotel Park Vista, LLC*
5409 Maryland Way
Suite 212
Brentwood, TN 37027
Telephone: (615) 986-7700
Fax: (800) 293-7597

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon Filing Users through the Electronic Filing System and delivered via U.S. Mail, postage pre-paid, to the following individual(s):

Kimberly Cambron, Esq.
Attorney at Law
1400 North 6th Avenue
Suite C2
Knoxville, TN 37917


on this the _____ day of May, 2018.


_____*/s/ J. Chad Hogue*_____
J. Chad Hogue

2