# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| HOLLY WHITSELL, | ) |
| Plaintiff, | ) |
| v. | ) Docket No. 3:17-CV-506 |
| RB HOTEL PARK VISTA, LLC, DAVIDSON HOTEL COMPANY, LLC, and HILTON WORLDWIDE, INC., | ) |
| Defendant. | |

## JOINT RESPONSE TO SHOW CAUSE ORDER

Come now the parties by and through their respective counsel and respond to this Honorable Court's Order to Show Cause. In response, the parties would show as follows:

On January 3, 2019, the parties were to provide a status report to the court regarding mediation pursuant to the Court's Scheduling Order. However, counsel for the parties inadvertently missed the deadline. On January 16, 2019, the Court ordered the parties to show cause as to why they failed to file the required notice.

Undersigned counsel would show that they have been diligently working on this case. The deposition of the Plaintiff has been taken as have the depositions of two fact witnesses. In addition, the parties have had some limited discussions regarding settlement, although settlement is unlikely at this time. Further, the parties discussed mediation, but could not reach an agreement as the Defendants believe that grounds exist for a motion for summary judgment. Despite having conferred as required regarding mediation, respective counsel for the parties had a miscommunication as to who would file the required notice. Undersigned counsel did not realize the mistake until the Court's order.

The parties jointly request that this Honorable Court excuse this neglect and allow the parties to proceed with litigation of this matter.

Respectfully submitted,

**LAW OFFICES OF JULIE BHATTACHARYA PEAK**

_____/s/ J. Chad Hogue_____
J. Chad Hogue TN BPR #025457
*Attorney for Defendants*
5409 Maryland Way
Suite 212
Brentwood, TN 37027
Telephone: (615) 986-7700
Fax: (800) 293-7597

**FRESH START LAW, PC**

_____/s/ Kim Cambron_____
Kimberly Cambron MI 70317
*Attorney for Plaintiff*
103 Suburban Road, Suite 201
Knoxville, TN 37923
kim@freshstarttennessee.com